# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2163
Lower Tribunal No. 08-102
_____

**Phillip Morris USA, Inc.,**
Appellant/Cross-Appellee,

vs.

**Elsa Chacon,**
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Arnold & Porter Kaye Scholer LLP, and David M. Menichetti (Washington, D.C.); Shook, Hardy & Bacon L.L.P., and Scott A. Chesin and Michael Rayfield and Ilana D. Cohen (New York, N.Y.), for appellant/cross-appellee.

Celene Humphries, PLLC and Celene H. Humphries (Spring City, TN); Burns, P.A., and Thomas A. Burns (Tampa), for appellee/cross-appellant.

Before, LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.